UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREAUNA L. TURNER,<br><br>                                        Plaintiff,<br><br>          v.<br><br>CENTRAL CALIFORNIA WOMEN'S FACILITY, et al.,<br><br>                                        Defendants. | Case No. 1:22-cv-00480-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO SCREENING ORDER<br><br>(ECF No. 10) |

Treauna Turner ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action.

On June 22, 2022, Plaintiff filed a motion for a ninety-day extension of time to respond to the Court's screening order. (ECF No. 10). Plaintiff states that she will amend her complaint. However, as of June 3, 2022, her institution of confinement is on total lockdown due to COVID-19 exposures and positive cases. Plaintiff is prohibited from any movement, which prevents her from accessing the law library.

The Court finds good cause to grant Plaintiff's motion.

Accordingly, IT IS HEREBY ORDERED that Plaintiff has until October 4, 2022, to respond to the Court's screening order.

While the Court is granting Plaintiff's motion for an extension of time, if Plaintiff needs an additional extension of time to file her response due to lack of access to the law library, she

1

should include evidence regarding her attempts to access the law library or paging services, as well as the Institution's response(s) to her request(s), with her motion for an extension of time.  If Plaintiff fails to include such evidence, the Court may deny Plaintiff's motion.

IT IS SO ORDERED.

Dated:  **June 23, 2022**            /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE