UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREAUNA L. TURNER,<br><br>              Plaintiff,<br><br>       v.<br><br>CENTRAL CALIFORNIA WOMEN'S FACILITY, et al.,<br><br>              Defendants. | Case No. 1:22-cv-00480-ADA-EPG (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS ISSUED ON JANUARY 12, 2023<br><br>(ECF No. 15)<br><br>ORDER DENYING MOTION TO BE ALLOWED TO SEND ALL EVIDENCE IN DIFFERENT ENVELOPES<br><br>(ECF No. 18) |

  Treauna Turner ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action.

  On January 12, 2023, the Court issued findings and recommendations, recommending that this action be dismissed, without prejudice, because Plaintiff failed to respond to the Court's screening order, despite being granted two extensions of time to do so. (ECF No. 15).

  On January 13, 2023, Plaintiff filed her First Amended Complaint ("FAC"), as well as a motion to be allowed to send all evidence in different envelopes. (ECF Nos. 17 & 18).

  Plaintiff apologizes for filing her FAC late. Plaintiff states that she has been moved around five times within a month due to positive COVID-19 cases. Additionally, Plaintiff is only just getting over being sick with COVID.

  Given the allegations in Plaintiff's filings, the Court will vacate its findings and recommendations and will screen Plaintiff's FAC in due course. However, the Court warns

1

Plaintiff that she is expected to comply with court orders and deadlines.

As to Plaintiff's motion to be allowed to send all evidence in different envelopes, it will be denied.  Plaintiff does not explain what evidence she wants to submit or why she wants to submit it.  As the Court informed Plaintiff in its First Information Order, "[t]he Court will not serve as a repository for evidence."  (ECF No. 3, p. 3).  The Court also notes that it ordered that "**Plaintiff's amended complaint must be no longer than twenty (20) pages, including exhibits**," (ECF No. 9, p. 18) (emphasis in original), and Plaintiff's FAC is 20 pages.

Based on the foregoing, IT IS ORDERED that:

1. The findings and recommendations issued on January 12, 2023 (ECF No. 15), are VACATED; and
2. Plaintiff's motion to be allowed to send all evidence in different envelopes (ECF No. 18) is DENIED.

IT IS SO ORDERED.

Dated:   **January 17, 2023**              /s/ Erica P. Grosjean
                                                           UNITED STATES MAGISTRATE JUDGE