UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREAUNA L. TURNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CENTRAL CALIFORNIA WOMEN'S FACILITY, et al.,<br><br>　　　　Defendants. | No. 1:22-cv-00480-ADA-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR FAILURE TO COMPLY WITH FED. R. CIV. P. 8(a)<br><br>(ECF No. 21) |

　　　　Plaintiff Treauna Turner is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On May 23, 2023, the Magistrate Judge issued findings and recommendations, recommending that the Court dismiss Plaintiff's complaint, with prejudice, for failure to comply with Federal Rule of Civil Procedure 8(a).  (ECF No. 21.)  Plaintiff filed objections on June 12, 2023.  (ECF No. 22).  In those objections, Plaintiff generally requests that the Court not dismiss the case.  Plaintiff also reiterates many of the same allegations, in the same conclusory manner, that she did in the complaint.  Nothing in the objections convinces the Court that the Magistrate Judge's analysis was flawed or that further leave to amend would enable Plaintiff to cure the deficiencies in the complaint.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. This action is dismissed, with prejudice, for failure to comply with Federal Rule of Procedure 8(a); and

2. The Clerk of Court is directed to terminate all pending motions and close this case.

IT IS SO ORDERED.

Dated:   October 26, 2023

UNITED STATES DISTRICT JUDGE